

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00526-CV

**COMSTOCK RESOURCES, INC.** and Comstock Oil and Gas, LP,
Appellants

v.

**LUXOR ENERGY CORPORATION**, Wadi Petroleum Inc., The William A. Krusen, Jr.
Irrevocable Trust and William T. Vogt, Jr. 2007 Grantor retained Annuity Trust,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-1212
Honorable Ana Lisa Garza, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, appellants' unopposed motion to dismiss is GRANTED and this appeal is DISMISSED.

Costs are assessed against the party that incurred them.

SIGNED November 6, 2013.

_____
Sandee Bryan Marion, Justice